IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re RONALD LEE CANADA,   No. C-13-0251 TEH (PR)

ORDER OF DISMISSAL

_____/

      Plaintiff Ronald Lee Canada commenced this action when he filed a two-page letter with the Court on January 18, 2013, complaining of conditions at Pelican Bay State Prison in Crescent City, California.  Doc. #1.  On the same day the letter was filed, the Clerk notified Plaintiff, in writing, that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> (IFP) application (Doc. #2).  <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

      The deadline to file the IFP application has passed and Plaintiff has not filed it.  This action, therefore, is DISMISSED

**WITHOUT PREJUDICE for failure to file an IFP application.**

   **The Clerk shall terminate all pending motions as moot and close the file.**

   **IT IS SO ORDERED.**

**DATED**   *03/12/2013*

            **THELTON E. HENDERSON**
            **United States District Judge**

G:\PRO-SE\TEH\CR.13\Canada 13-251-dismiss comp.wpd

**2**